UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Fernando Saillant,

                        Debtor(s).

-------------------------------------------------------------x

Chapter 13

Case No. 19-41807-CEC

## ORDER TO SHOW CAUSE WHY DEBTOR'S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROVIDE ADEQUATE REPRESENTATION TO THE DEBTOR

      WHEREAS, on March 28, 2019, Fernando Saillant (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code; and

      WHEREAS, the Debtor is represented by Frances Newman Ruiz, Esq. of Ruiz Law Group PC Esq. ("Debtor's Counsel"); and

      WHEREAS, the Disclosure of Compensation of Attorney for Debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b) (Official Form 2030) states that the Debtor's Counsel received no compensation in connection with this bankruptcy case;

      WHEREAS, on May 16,2019, the Chapter 13 Trustee filed a motion (the "Trustee's Motion") to dismiss the above-captioned case for, among other things, the failure to provide mandatory disclosures and to appear at the initial 341 meeting of creditors; and

      WHEREAS, on June 20, 2019, a hearing on the Trustee's Motion was held, at which the Debtor appeared, but there was no appearance by Debtor's Counsel; and

      WHEREAS, the Debtor stated on the record that he paid the Debtor's Counsel $7,000 in connection with this case; and

      WHEREAS, on July 1, 2019, the Court issued an order dismissing the case and retaining jurisdiction to determine the imposition of sanctions against Debtor's Counsel;

      WHEREAS, the Debtor has six prior bankruptcy cases, all of which were dismissed (Case Number(s): 00-13723-lts; Dismissed 08/21/00; 01-10169-cec; Dismissed 07/20/01; 01-22714-cec; Dismissed 02/21/02; 02-13723-cec; Dismissed 08/12/02; 17-40310-cec; Dismissed 07/12/17; 18-45207-cec; Dismissed 01/07/19); and

      WHEREAS, the Debtor's Counsel represented the Debtor in Case No. 18-45207-CEC (the "2018 Case"); and

WHEREAS, in the 2018 Case, on December 27, 2018, the Court issued an order granting 510 Marion St. LLC in rem relief from the stay pursuant to 11 U.S.C. § 362(d)(4) with respect to property located at 510 Marion Street, Brooklyn, NY 11233 [Block 1522, Lot 38];

NOW, THEREFORE, IT IS

ORDERED, that the Debtor's Counsel shall appear on July 16, 2019 at 1:00 p.m. (the "Hearing") in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201, and show cause why the Debtor's Counsel should not be sanctioned pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 2017 for failure to provide adequate representation to the Debtor, and why the Court should not order the return of fees paid in connection with this case; and it is further

ORDERED, that failure to comply with this order shall be additional grounds for sanctions.



**Dated: Brooklyn, New York**
**July 11, 2019**

_/s/ Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**